BENJAMIN B. WAGNER
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

MAY 05 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEE YANG, <br><br> Defendant. | CASE NO. 2:15-MJ-086 CKD <br><br> ORDER UNSEALING REDACTED CRIMINAL COMPLAINT AND AFFIDAVIT |

The government's application to unseal a redacted copy of the criminal complaint and underlying affidavit is HEREBY GRANTED as follows:

The case is unsealed with the exception of the original complaint and affidavit. The original complaint and its accompanying affidavit will remain sealed. The Clerk is directed to file a redacted copy of the complaint and affidavit on the public docket.

SO ORDERED.

Dated: May 5, 2015         By: _____
                                HON. ALLISON CLAIRE
                                United States Magistrate Judge